UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J & J Sports Productions, Inc.,

                    Plaintiff,

- against -

Andrea Peralta, individually and d/b/a Lola Lola
aka Lola Lola Bar & Restaurant; and Carol
Enterprises, Inc., an unknown business entity d/b/a
Lola Lola aka Lola Lola Bar & Restaurant

                    Defendant(s).
-----------------------------------------------------------------X

DEFAULT JUDGMENT (proposed)

Case No.: 1:19-cv-08444-JSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

    This action having been commenced on September 11, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Andrea Peralta by substituted service on Frank Duran on October 3, 2019 and proof of service was therefore filed on October 30, 2019 [Doc. #10]; and a copy of the Summons and Complaint having been served on the defendant, Carol Enterprises, Inc. by serving Sue Zouky, Business Document Specialist of the NYS Secretary of State on September 24, 2019 and proof of service was therefore filed on October 21, 2019 [Doc. #8]; and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $21,600.00 ~~with (prejudgment) interest at the~~ ~~____ % (per annum) from _____, (in the amount of $ _____)~~ plus costs and disbursements of this action in the amount of $1219.80 amounting in all to $22,819.80

Dated: New York, New York
         11/14/19

                                                U.S.D.J.

                                    This document was entered on the docket
                                    on _____.